# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| BOUNDARY CATTLE, COMPANY, INC., and LIANE JOHNSON, d/b/a LJ FARMS,<br><br>Plaintiffs,<br><br>-vs-<br><br>BASF Corporation,<br><br>Defendant. | CV-18-106-GF-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR JURY TRIAL** |

     This matter is scheduled for bench trial commencing on November 18, 2019. (ECF No. 15 at 3). The Parties having conferred, and with no objection, Defendant filed an unopposed Motion for Jury Trial pursuant to Fed. R. Civ. P. 38(b) of all issues triable by jury. The motion will be granted.

     ACCORDINGLY, IT IS HEREBY ORDERED that a jury trial of all issues

so triable shall commence at the Missouri River Courthouse Great Falls, Montana on November 18, 2019 at 9:00 AM.

DATED this 23rd day of October, 2018.

_____
Brian Morris
United States District Court Judge