# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| BOUNDARY CATTLE, COMPANY, INC., and LIANE JOHNSON, d/b/a LJ FARMS,<br><br>Plaintiffs,<br><br>-vs-<br><br>BASF Corporation,<br><br>Defendant. | CV-18-106-GF-BMM<br><br>**ORDER GRANTING THE UNOPPOSED MOTION FOR LEAVE TO AMEND DISCOVERY DEADLINES** |

The parties having jointly moved to amend the Court's previous Scheduling Order (ECF No. 15), and the Court finding that the Unopposed Motion for Leave to Amend Discovery Deadlines in the Scheduling Order is **GRANTED, it is hereby ORDERED that**:

1. All parties shall disclose liability experts and Plaintiff shall disclose damages experts on or before: January 15, 2019;

2. Defendant shall disclose damages experts on or before: February 15, 2019;

3. All parties shall disclose rebuttal experts on or before: March 15, 2019;

4. Discovery shall close on: May 6, 2019. Discovery motions, with supporting briefs, shall be filed no later than 10 days following the moving party's compliance with Fed. R. Civ. P. 26(c) or 37(a)(3); and

5. The trial date and other deadlines in the Scheduling Order (ECF No. 15) remain unchanged.

DATED this 17th day of January, 2019.

_____
Brian Morris
United States District Court Judge