# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| BOUNDARY CATTLE, INC, and LIANE JOHNSON, dba LJ FARMS,<br><br>      Plaintiffs,<br><br>vs.<br><br>BASF CORPORATION,<br><br>      Defendant. | Cause No. CV-18-106-GF-BMM<br><br>**AMENDED ORDER GRANTING LEAVE TO AMEND NOVEMBER SCHEDULING ORDER** |

An unopposed Motion for Leave to Amend the November Scheduling Order having been filed and good cause appearing therefrom, leave to amend is GRANTED and it is HEREBY ORDERED, that:

1. All parties shall disclose liability experts and Plaintiff shall disclose damages experts on or before **January 31, 2019**.

2. Defendant shall disclose damages experts on or before **February 28, 2019.**

3. All parties shall disclose rebuttal experts on or before **March 30, 2019**.

4. Discovery shall close on **May 30, 2019**. Discovery motions with supporting briefs, shall be filed no later than 10 days following the moving party's compliance with Fed.R.Civ.P 26(c) or 37(a)(3).

The remaining deadlines in the November Order shall remain the same.

Dated this 17th day of January 2019.

_____
Brian Morris
United States District Court Judge