# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | | |
|---|---|---|
| BOUNDARY CATTLE, INC, and LIANE JOHNSON, dba LJ FARMS, | ) ) ) | Cause No. CV-18-106-GF-BMM |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | **ORDER GRANTING LEAVE TO EXTEND THE PRETRIAL MOTIONS DEADLINE** |
| BASF CORPORATION, | ) ) | |
| Defendant. | ) ) | |

An unopposed Motion for Leave to amend the Scheduling Order (ECF No. 35) having been filed and good cause appearing therefrom, leave to amend is GRANTED and it is HEREBY ORDERED, that:

1. All pretrial motions, other than discovery motions, to include motions for summary judgment and motions in limine, shall be filed and fully briefed on or before: **August 23, 2019**;

2. The Court will conduct a status conference and a hearing on all pending motions at the Missouri River Courthouse, Great Falls, Montana, on: September 12, 2019 at 10:00 a.m.;

The remaining deadlines in the Scheduling Order (ECF 15, Amended Scheduling Order (ECF 29) and Amended Scheduling Order (ECF 35), remain as follows:

> The parties shall participate in an attorneys' conference to discuss the final pretrial order on or before: September 20, 2019;
>
> The parties shall submit a proposed final pretrial order on or before: October 18, 2019;
>
> A final pretrial conference shall be held, at the Missouri River Courthouse, Great Falls, Montana, on: November 7, 2019 at 1:30 p.m.;
>
> Trial briefs shall be submitted on or before November 12, 2019; and
>
> Trial (4 days) shall commence at the Missouri River Courthouse Great Falls, Montana, on: November 18, 2019 at 9:00 a.m.

Dated this 11th day of July, 2019.

_____
Brian Morris
United States District Court Judge