IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BOUNDARY CATTLE, COMPANY, INC, and LIANE JOHNSON, d/b/a LJ FARMS, | CV-18-106-GF-BMM |
| Plaintiffs, vs. | **ORDER** |
| BASF CORPORATION, | |
| Defendant. | |

Upon Defendant's Motion to admit Shane A. Anderson Pro Hac Vice (Doc. 61) and Motion to admit John Mandler Pro Hac Vice (Doc. 62), **IT IS HEREBY ORDERED** that Defendant's Motion to admit Shane A. Anderson Pro Hac Vice (Doc. 61) and Motion to admit John Mandler Pro Hac Vice (Doc. 62) are **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule 7.1(c).

DATED this 31st day of July, 2019.

Brian Morris
United States District Court Judge