# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| BOUNDARY CATTLE, INC, AND LIANE JOHNSON, DBA LJ FARMS,<br><br>    Plaintiffs,<br>vs.<br><br>BASF CORPORATION,<br><br>    Defendant. | CV-18-106-GF-BMM<br><br>**ORDER** |

Plaintiffs filed a motion for clarification (Doc. 102) of the Court's September 13 Order. (Doc. 100). Plaintiffs request a date for the parties to simultaneously submit lists of substantially similar claims. BASF opposes this request.

IT IS ORDERED:

1. The parties shall simultaneously exchange a list of claims that each party believes are substantially similar by October 4, 2019.

2. The parties are to confer regarding the lists and submit a final list of substantially similar claims to the Court on or before October 11, 2019 at 9 a.m.

DATED this 30th day of September, 2019.

_____
Brian Morris
United States District Court Judge