# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| BOUNDARY CATTLE, INC, and LIANE JOHNSON, dba LJ FARMS, <br><br>Plaintiffs, <br><br>vs. <br><br>BASF CORPORATION, <br><br>Defendant. | Cause No. CV-18-106-GF-BMM <br><br>**ORDER GRANTING LEAVE FOR DEFENDANTS TO USE THE COURTROOM ELECTRONIC EVIDENCE SYSTEM AND OFFER TESTIMONY VIA VIDEO-CONFERENCING** |

Defendant, BASF Corporation's *Motion for Leave to Use the Electronic Evidence System and Video-Conferencing at Trial*, having come before the Court, and without objection, hereby grants leave to the Defendants as follows:

1. Defendant may use the courtroom's electronic evidence system for the duration of the trial.

2. The Defendant may offer testimony via videoconferencing for the following witnesses if the witnesses cannot testify in person:

    a.    Dr. Siyuan Tan of Research Triangle Park, North Carolina;

    b.    Nick Fassler of Research Triangle Park, North Carolina;

    c.    Dr. Mary Burrows of Bozeman, Montana; and

    d.    Kari Lewis of Cut Bank, Montana.

**IT IS ALSO ORDERED that the Defendant will contact the Clerk of Court's office before trial to make arrangements for the videoconferencing.**

Dated this 29th day of October 2019.

*/s/ Brian Morris*
_____
Brian Morris
United States District Court Judge