IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BOUNDARY CATTLE, INC. And LIANE JOHNSON, dba LJ Farms,<br><br>Plaintiffs,<br><br>v.<br><br>BASF CORPORATION,<br><br>Defendant. | CV-18-106-GF-BMM-JTJ<br><br>**ORDER** |

The Court has been informed that this case has settled at a settlement conference conducted by Magistrate Judge John Johnston on October 31, 2019. (Doc. 119.) Accordingly, **IT IS HEREBY ORDERED** that all deadlines and hearings in the case are **VACATED** and all motions **TERMINATED**. The parties shall file a stipulation for dismissal and submit a proposed order of dismissal to the undersigned on or before **December 4, 2019**, or show good cause for their failure to do so.

DATED this 4th day of November, 2019.

_____
Brian Morris
United States District Court Judge