IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BOUNDARY CATTLE COMPANY, INC. and LIANE JOHNSON, dba LJ FARMS, | CV-18-106-GF-BMM |
| Plaintiffs, | **ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| BASF CORPORATION, | |
| Defendant. | |

Based upon the Stipulated Motion to Dismiss with Prejudice (Doc. 121) and good cause appearing, it is hereby ORDERED that the above-captioned matter is dismissed with prejudice. Each party shall be responsible for their own attorney's fees and costs.

DATED this 3rd day of December, 2019.

_____
Brian Morris
United States District Court Judge